UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**) | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 06-108-P-S |
| | ) | |
| **NINE THOUSAND NINE HUNDRED DOLLARS ($9,900.00), IN UNITED STATES CURRENCY** | ) ) ) | |
| | ) | |
| Defendant-in-rem. | ) | |

## DECREE OF FORFEITURE

WHEREAS, on June 16, 2006, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of 21 U.S.C. § 881(a)(6) ; and

WHEREAS, on June 29, July 6 and July 13, 2006, notice of this action was published in the Lewiston Sun Journal, a newspaper of general circulation; and

WHEREAS, on June 29, 2006, the defendant-in-rem was served with the Verified Complaint for Forfeiture and the Summons and Warrant of Arrest; and

WHEREAS, on October 3, Christopher McFarland was served with the Verified Complaint for Forfeiture, Notice and the Summons and Warrant of Arrest; and

WHEREAS, on November 6, 2006, Christopher McFarland was defaulted; and

WHEREAS, no other persons or entities have filed a Verified Statement of Interest, contested or otherwise, to the defendant-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that nine thousand nine hundred dollars ($9,900.00) in United States currency is hereby forfeited to the United States of America and no right, title or interest shall exist in any other person or entity; and the United States of America will dispose of the forfeited property in accordance with law.

                                **SO ORDERED,**

                                /s/ George Z. Singal
                                Chief U.S. District Judge

Dated: November 13, 2006.